# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Central States Southeast and Southwest Areas Pension Fund and Howard McDougall, Trustee, Plaintiffs, v. John R. Concrete & Supply Co., a Michigan corporation, Defendant

Case Number: 08 C 3078

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, Trustee, Plaintiffs

| | |
|---|---|
| **NAME** (Type or print)<br>Cathy L. Rath | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Cathy L. Rath | |
| **FIRM**<br>Central States Law Department | |
| **STREET ADDRESS**<br>9377 W. Higgins Road, Tenth Floor | |
| **CITY/STATE/ZIP**<br>Rosemont, IL 60018 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>06275744 | **TELEPHONE NUMBER**<br>(847) 518-9800, Ext. 2343 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |