# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 C 3078

Central States Southeast and Southwest Areas
Pension Fund and Howard McDougall, Trustee,
Plaintiffs, v. John R. Concrete & Supply Co., a Michigan
corporation, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, Trustee, Plaintiffs

| | |
|---|---|
| NAME (Type or print) <br> Rebecca K. McMahon | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Rebecca K. McMahon | |
| FIRM <br> Central States Law Department | |
| STREET ADDRESS <br> 9377 W. Higgins Road, Tenth Floor | |
| CITY/STATE/ZIP <br> Rosemont, IL 60018 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06290192 | TELEPHONE NUMBER <br> (847) 518-9800, Ext. 3441 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |