AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

Central States, Southeast and Southwest Areas
Pension Fund and Howard McDougall, Trustee,
et al., Plaintiffs,

V.

John R. Concrete & Supply Company, a
Michigan corporation and John R. Sand &
Gravel Company, a Michigan corporation,

CASE NUMBER: 08 C 3078

ASSIGNED JUDGE: Der-Yeghiayan

DESIGNATED
MAGISTRATE JUDGE: Keys

TO: (Name and address of Defendant)

John R. Sand & Gravel Company
c/o Michael Evatz, Registered Agent
36401 Van Dyke
Sterling Heights, MI 48312

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cathy L. Rath
Central States, Southeast and Southwest Areas Pension Fund
9377 West Higgins Road
Rosemont, IL 60018-4938

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

J Cervantes

(By) DEPUTY CLERK



June 6, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6-19-08 @ 2:35 pm |
| NAME OF SERVER (PRINT) MIKE SANDMAIR | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1717 DRYDEN RD METAMORA, MI (JOHN R. SAND & GRAVEL)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-19-08
Date

Signature of Server

Address of Server: PO Box 805940 St. Clair Shores MI 48080

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.