UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and HOWARD MCDOUGALL, Trustee, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN R. CONCRETE & SUPPLY COMPANY f/k/a JOHN R. FUEL COMPANY, a Michigan Corporation and JOHN R. SAND & GRAVEL COMPANY, a Michigan Corporation, <br><br> Defendants. | Case No. 08-CV3078 <br> Hon. Judge Der-Yeghiayan <br> Mag. Judge Keys |

### APPEARANCE OF GAVIN J. FLEMING, ESQ.

Please take notice that Gavin J. Fleming, Esq. hereby enters his appearance on behalf of John R. Concrete & Supply Company and John R. Sand & Gravel Company.

    Respectfully submitted:

    /s/ Gavin J. Fleming
    Gavin J. Fleming (ARDC #06281396)
    Attorney for Defendants
    30665 Northwestern Highway, Suite 100
    Farmington Hills, Michigan 48334
    (248) 932-1101
    gfleming@bealshubbard.com

Dated: July 16, 2008.

BEALS HUBBARD, P.L.C.
ATTORNEYS & COUNSELORS
30665 Northwestern Highway
Suite 100
Farmington Hills, Michigan 48334

Telephone: 248-932-1101

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2008, I electronically filed the Appearance of Gavin J. Fleming, Esq. with the Clerk of the Court for the Northern District of Illinois using the ECF system which will send notification of such filing to the following registered participants of the ECF system as listed on the Court's Notice of Electronic Filing.

By: /s/ Leisanne Smeadala
Leisanne Smeadala
Legal Assistant
Beals Hubbard, PLC
30665 Northwestern Hwy., Ste. 100
Farmington Hills, MI 48334
(248) 932-1101
lsmeadala@bealshubbard.com

Dated: July 16, 2008

ATTORNEYS & COUNSELORS
30665 Northwestern Highway
Suite 100
Farmington Hills, Michigan 48334

Telephone: 248-932-1101