UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and HOWARD MCDOUGALL. Trustee, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08-CV3078 Hon. Judge Der-Yeghiayan Mag. Judge Keys |
| vs. | ) ) | |
| JOHN R. CONCRETE & SUPPLY COMPANY f/k/a JOHN R. FUEL COMPANY, a Michigan Corporation and JOHN R. SAND & GRAVEL COMPANY. a Michigan Corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT AND AFFIRMATIVE DEFENSES

John R. Concrete & Supply Company ("John R. Concrete") and John R. Sand & Gravel Company ("John R. Sand"). by and through their attorneys, Beals Hubbard, PLC state as follows for their Answer to Plaintiffs' Complaint:

1.      Defendants admit only that Plaintiffs' Complaint is a legal document that speaks for itself. By way of further answer. Defendants deny that they have any withdrawal liability to Plaintiff.

2.      Defendants admit only that Plaintiff brought this action under the statutes cited in paragraph 2 of Plaintiffs' Complaint. Defendants deny that they have any liability to Plaintiff under the statutes cited in paragraph 2.

3.      Defendants deny that venue should lie in this Court and incorporate the facts and legal arguments made in their Motion to Transfer by reference.

BEALS HUBBARD, P.L.C.
ATTORNEYS & COUNSELORS
30665 Northwestern Highway
Suite 100
Farmington Hills, Michigan 48334

Telephone: 248-932-1101

4.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 4.

5.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 5.

6.    Defendants admit that John R. Concrete is a Michigan Corporation that does business solely in the state of Michigan.

7.    Defendants admit that John R. Sand is a Michigan Corporation that does business solely in the state of Michigan.

8.    Defendants admit that the Edward W. Evatz II Revocable Trust is a Michigan Trust that is administered solely in the state of Michigan.

9.    Defendants admit that John R. Concrete executed numerous collective bargaining agreements over many years.

10.    Admitted.

11.    Admitted.

12.    Defendants deny the allegations and legal conclusions set forth in paragraph 12 as untrue.

13.    Defendants deny the allegations and legal conclusions set forth in paragraph 13 as untrue.

14.    Defendants deny the allegations and legal conclusions set forth in paragraph 14 as untrue.

15.    Defendants deny the allegations and legal conclusions set forth in paragraph 15 as untrue.

BEALS HUBBARD, P.L.C.
ATTORNEYS & COUNSELORS
30665 Northwestern Highway
Suite 100
Farmington Hills, Michigan 48334

Telephone: 248-932-1101

16.    Defendants deny the allegations and legal conclusions set forth in paragraph 16 as untrue.

17.    Defendants deny the allegations and legal conclusions set forth in paragraph 17 as untrue.

18.    Defendants deny the allegations and legal conclusions set forth in paragraph 18 as untrue.

19.    Defendants deny the allegations and legal conclusion set forth in paragraph 19 as untrue.

20.    Defendants deny the allegations and legal conclusions set forth in paragraph 20 as untrue.

21.    Admitted.

22.    Admitted.

23.    Defendants deny the allegations and legal conclusions set forth in paragraph 23 as untrue.

24.    Defendants deny the allegations and legal conclusions set forth in paragraph 24 as untrue.

25.    Defendants deny the allegations and legal conclusions set forth in paragraph 25 as untrue.

WHEREFORE, Defendants respectfully request that this Honorable Court dismiss this action with prejudice, award Defendants their attorney fees and costs, and award Defendants any further relief that the Court deems equitable and just.

BEALS HUBBARD, P.L.C.
ATTORNEYS & COUNSELORS
30665 Northwestern Highway
Suite 100
Farmington Hills, Michigan 48334

Telephone: 248-932-1101

Respectfully submitted:

/s/Gavin J. Fleming
Gavin J. Fleming (ARDC #06281396)
Attorney for Defendants
30665 Northwestern Highway, Suite 100
Farmington Hills, Michigan 48334
(248) 932-1101
gfleming@bealshubbard.com

Dated: July 18, 2008.

BEALS HUBBARD, P.L.C.
ATTORNEYS & COUNSELORS
30665 Northwestern Highway
Suite 100
Farmington Hills, Michigan 48334

Telephone: 248-932-1101

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2008, I electronically filed the DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT AND AFFIRMATIVE DEFENSES with the Clerk of the Court for the Northern District of Illinois using the ECF system which will send notification of such filing to the following registered participants of the ECF system as listed on the Court's Notice of Electronic Filing.

By: /s/ Leisanne Smeadala
Leisanne Smeadala
Legal Assistant
Beals Hubbard, PLC
30665 Northwestern Hwy., Ste. 100
Farmington Hills, MI 48334
(248) 932-1101
lsmeadala@bealshubbard.com

Dated: July 18, 2008

BEALS HUBBARD, P.L.C.
ATTORNEYS & COUNSELORS
30665 Northwestern Highway
Suite 100
Farmington Hills, Michigan 48334

Telephone: 248-932-1101

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and HOWARD MCDOUGALL, Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN R. CONCRETE & SUPPLY COMPANY f/k/a JOHN R. FUEL COMPANY, a Michigan Corporation and JOHN R. SAND & GRAVEL COMPANY, a Michigan Corporation.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08-CV3078<br>Hon. Judge Der-Yeghiayan<br>Mag. Judge Keys |

## DEFENDANTS' AFFIRMATIVE DEFENSES

John R. Concrete & Supply Company ("John R. Concrete") and John R. Sand & Gravel Company ("John R. Sand"), by and through their attorneys, Beals Hubbard, PLC state as follows for their Affirmative Defenses:

1.     Plaintiffs' Complaint fails to state a claim upon which relief can be granted under ERISA.

2.     Plaintiffs' Complaint against John R. Sand should be dismissed because Plaintiffs' claim that John R. Sand and John R. Concrete constitute a brother-sister control group or a single employer under 4001(b)(1) of ERISA lacks merit.

3.     Plaintiffs' claim against John R. Sand is barred because John R. Sand did not execute any collective bargaining agreement that could be at issue in this case.

4.     Plaintiffs' claim against John R. Sand is barred because John R. Sand did not exercise any control over the employees of John R. Concrete.

5.     Plaintiffs' claim against John R. Concrete is barred because Plaintiff has failed to attach the alleged collective bargaining agreement at issue.

6.     Plaintiffs' claim for $317,348.25 is unsupported by any documentation or evidence and there is no way to discern how Plaintiff arrived at this figure.

7.     Plaintiffs' chosen forum is improper because it is inconvenient for both the parties and the potential witnesses and should be declared an improper venue under 28 U.S.C.A 1404(a).

8.     Plaintiffs' alleged claims are barred by failure to mitigate damages.

9.     Plaintiffs' alleged claims are barred by set-off.

10.     Plaintiffs' alleged claims might be barred by the statute of limitations, and if so, Defendants move for summary judgment.

11.     Plaintiff has unclean hands, and thus any claims based on equity must be dismissed with prejudice.

12.     Plaintiffs' claims are barred because any alleged damages were caused by Plaintiffs' own acts or omissions for which Defendants are not responsible or liable.

13.     Plaintiff is guilty of laches for not bringing its action for injunctive relief in a timely fashion.

14.     Plaintiff has not suffered any damages.

15.     Defendants reserve the right to assert additional and/or supplemental affirmative defenses, claims and/or counterclaims as discovery in this matter is not complete.

BEALS HUBBARD, P.L.C.
ATTORNEYS & COUNSELORS
30665 Northwestern Highway
Suite 100
Farmington Hills, Michigan 48334
Telephone: 248-932-1101

Respectfully submitted:

/s/Gavin J. Fleming
Gavin J. Fleming (ARDC #06281396)
Attorney for Defendants
30665 Northwestern Highway, Suite 100
Farmington Hills, Michigan 48334
(248) 932-1101
gfleming@bealshubbard.com

Dated: July 18, 2008.

BEALS HUBBARD, P.L.C.
ATTORNEYS & COUNSELORS
30665 Northwestern Highway
Suite 100
Farmington Hills, Michigan 48334

Telephone: 248-932-1101

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2008, I electronically filed the DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT AND AFFIRMATIVE DEFENSES with the Clerk of the Court for the Northern District of Illinois using the ECF system which will send notification of such filing to the following registered participants of the ECF system as listed on the Court's Notice of Electronic Filing.

By: /s/ Leisanne Smeadala
Leisanne Smeadala
Legal Assistant
Beals Hubbard, PLC
30665 Northwestern Hwy., Ste. 100
Farmington Hills, MI  48334
(248) 932-1101
lsmeadala@bealshubbard.com

Dated: July 18, 2008

BEALS HUBBARD, P.L.C.
ATTORNEYS & COUNSELORS
30665 Northwestern Highway
Suite 100
Farmington Hills, Michigan 48334

Telephone: 248-932-1101

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and HOWARD MCDOUGALL, Trustee, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08-CV3078 Hon. Judge Der-Yeghiayan |
| vs. | ) ) | Mag. Judge Keys |
| JOHN R. CONCRETE & SUPPLY COMPANY f/k/a JOHN R. FUEL COMPANY, a Michigan Corporation and JOHN R. SAND & GRAVEL COMPANY, a Michigan Corporation. | ) ) ) ) ) | |
| Defendants. | ) | |

## JURY DEMAND

Defendants, JOHN R. CONCRETE & SUPPLY COMPANY f/k/a JOHN R. FUEL

COMPANY and JOHN R. SAND & GRAVEL COMPANY, by and through their attorney,

Gavin J. Fleming, hereby demand trial by Jury.

Respectfully submitted:

/s/Gavin J. Fleming
Gavin J. Fleming (ARDC #06281396)
Attorney for Defendants
30665 Northwestern Highway, Suite 100
Farmington Hills, Michigan 48334
(248) 932-1101
gfleming@bealshubbard.com

Dated: July 18, 2008.

BEALS HUBBARD, P.L.C.
ATTORNEYS & COUNSELORS
30665 Northwestern Highway
Suite 100
Farmington Hills, Michigan 48334

Telephone: 248-932-1101

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2008, I electronically filed the JURY DEMAND with the Clerk of the Court for the Northern District of Illinois using the ECF system which will send notification of such filing to the following registered participants of the ECF system as listed on the Court's Notice of Electronic Filing.

By: /s/ Leisanne Smeadala
Leisanne Smeadala
Legal Assistant
Beals Hubbard, PLC
30665 Northwestern Hwy., Ste. 100
Farmington Hills, MI 48334
(248) 932-1101
lsmeadala@bealshubbard.com

Dated: July 18, 2008

BEALS HUBBARD, P.L.C.
ATTORNEYS & COUNSELORS
30665 Northwestern Highway
Suite 100
Farmington Hills, Michigan 48334

Telephone: 248-932-1101

BEALS HUBBARD, P.L.C.
ATTORNEYS & COUNSELORS
30665 Northwestern Highway
Suite 100
Farmington Hills, Michigan 48334
Telephone: 248-932-1101