UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and HOWARD MCDOUGALL, Trustee, <br><br>　　　　　　Plaintiffs, <br><br>　vs. <br><br>JOHN R. CONCRETE & SUPPLY COMPANY f/k/a JOHN R. FUEL COMPANY, a Michigan corporation and JOHN R. SAND & GRAVEL COMPANY, a Michigan corporation, <br><br>　　　　　　Defendants. | Case No. 08 C 3078 <br> Judge Samuel Der-Yeghiayan <br> Magistrate Judge Keys |

**PLAINTIFFS' MOTION TO STRIKE JURY DEMAND**

NOW COME the plaintiffs, the Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, Trustee (collectively, "Central States"), by and through undersigned counsel, and hereby request that this Court strike the Defendant's Jury Demand. In support of this Motion, Central States submits the following:

1. Central States filed this action to collect withdrawal liability from Defendants John R. Concrete & Supply Company f/k/a John R. Fuel Company ("Concrete") and John R. Sand & Gravel Company ("Sand") under the Employee Retirement Income Security Act of 1974 ("ERISA") *as amended* by the Multiemployer Pension Plan Amendments Act of 1980 ("MPAA"), 29 U.S.C. § 1001 *et seq.* (1982), which resulted when Concrete effected a complete withdrawal from the Central States Pension Fund.

2. On July 18, 2008, Defendants filed their Answer, Affirmative Defenses and Jury Demand.

3.  As set forth in Central States' Memorandum in support of this Motion, the general rule is that there is no right to a jury trial in ERISA cases becasue "ERISA's antecedents are equitable, not legal." *Central States, Se. & Sw. Areas Pension Plan v. Pioneer Ranch Limited Partnership*, 494 F.3d 571, 576-577 (7th Cir. 2007). The right to trial by jury provided by the Seventh Amendment to the United States Constitution does not apply to the instant proceeding because this suit is not analogous to a suit at common law. *Connors v. Ryan's Coal Co., Inc.*, 923 F.2d 1461, 1465 (11th Cir. 1991) ("the enforcement provisions of the MPPAA never existed at common law").

4.  The Defendants' Jury Demand should be stricken for the reasons set forth in Plaintiffs' Memorandum in Support of Their Motion to Strike Defendants' Jury Demand, which is contemporaneously filed herewith.

**WHEREFORE**, for the reasons set forth herein and in Plaintiffs' Memorandum in Support of Their Motion to Strike Jury Demand, Central States requests that this Court enter an order striking Defendants' Jury Demand.

July 21, 2008

/s/ Cathy L. Rath
Cathy L. Rath (ARDC # 6275744)
Attorney for Plaintiffs
Central States, Southeast and Southwest
Areas Pension Fund
9377 West Higgins Road
Rosemont, IL 60018-4938
(847) 518-9800, Ext. 2343

## CERTIFICATE OF SERVICE

I, Cathy L. Rath, one of the attorneys for the Central States, Southeast and Southwest Areas Pension Fund, certify that on July 21, 2008, I caused the foregoing Plaintiffs' Motion to Strike Jury Demand to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system.

　　　　　　　　　　　　　　　　　　　/s/ Cathy L. Rath
　　　　　　　　　　　　　　　　　　Cathy L. Rath
　　　　　　　　　　　　　　　　　　One of Central States' Attorneys