UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and HOWARD MCDOUGALL, Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN R. CONCRETE & SUPPLY COMPANY f/k/a JOHN R. FUEL COMPANY, a Michigan corporation and JOHN R. SAND & GRAVEL COMPANY, a Michigan corporation,<br><br>Defendants. | Case No. 08 C 3078<br>Judge Samuel Der-Yeghiayan<br>Magistrate Judge Keys |

**NOTICE OF MOTION**

TO: Gavin J. Fleming
Beals Hubbard PLC
30665 Northwestern Highway
Suite 100
Farmington Hills, MI 48334

PLEASE TAKE NOTICE that on Tuesday, July 29, 2008, at the hour of 9:00 a.m. or as soon as counsel may be heard, Plaintiffs' attorney will appear before the Honorable Samuel Der-Yeghiayan, Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Room 1903, Chicago, Illinois, or such other Judge as may be sitting in his stead, and present the attached Plaintiffs' Motion to Strike Jury Demand, a copy of which is hereby served upon you.

F:268324 / 08410050 / 7/21/08

                                                Respectfully submitted,

                                                /s/ Cathy L. Rath
                                                Cathy L. Rath
                                                Attorney for Plaintiffs
                                                Central States, Southeast and
                                                Southwest Areas Pension Fund
                                                9377 West Higgins Road
                                                Rosemont, Illinois  60018-4938
July 21, 2008                                (847) 518-9800, Ext. 2343

F:268324 / 08410050 / 7/21/08

## CERTIFICATE OF SERVICE

I, Cathy L. Rath, one of the attorneys for the Central States, Southeast and Southwest Areas Pension Fund, certify that on July 21, 2008, I caused the foregoing Notice of Plaintiffs' Motion to Strike Jury Demand to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system.

                                             /s/ Cathy L. Rath
                                           Cathy L. Rath
                                           One of Central States' Attorneys