# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Central States, Southeast and Southwest Areas
Pension Fund, et al.

                   Plaintiff,

v.                       Case No.:
                         1:08−cv−03078

                         Honorable Samuel
                         Der−Yeghiayan

John R. Concrete & Supply Company, et al.

                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

   MINUTE entry before the Honorable Samuel Der−Yeghiayan: Defendants John R. Concrete & Supply Company and John R. Sand & Gravel Company's motion to transfer case [13] is entered and continued. Plaintiffs' response shall be filed by 08/12/08 and Defendants' reply shall be filed by 08/19/08. At this time, Plaintiffs' motion to strike jury demand [14] is stricken without prejudice. Status hearing reset to 08/28/08 at 9:00 a.m. Status hearing set for 08/05/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.