## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3078 | **DATE** | 8/27/2008 |
| **CASE TITLE** | Central States, Southeast and Southwest Areas Pension Fund, et al. vs. John R. Concrete & Supply Company , et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the Court's memorandum opinion dated 08/27/08, Defendants John R. Concrete & Supply Company and John R. Sand & Gravel Company's motion to transfer case [13] is granted. The instant action is hereby ordered transferred to the Eastern District of Michigan. All pending dates before this Court are hereby stricken as moot.

■[ For further details see text below.]     Docketing to mail notices.